SINCE 1952
Lloyd & McDaniel
THE CREDITORS LAW • FIRM

September 19, 2014

**CONFIDENTIAL**
Dennis Castro
[redacted]
[redacted] N [redacted]

Re: **OurFile No. C376331/D103**
PCA Acquisitions V, LLC
Original Creditor: Synchrony Bank fka GE Cap / Dick's Sporting Goods
Dennis Castro
$1,691.29

Dear Dennis Castro:

We have been retained by PCA Acquisitions V, LLC to collect the above amount owed on your Synchrony Bank fka GE Cap / Dick's Sporting Goods account. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

Our client informs us the balance is $1,691.29 as of September 19, 2014. Please make funds payable to PCA Acquisitions V, LLC but your payment should be mailed to Lloyd & McDaniel, P.O. Box 23200, Louisville, KY 40223-0200. Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, please write or call Jackie Huguley Legal Assistant. **When contacting our office by phone or letter, please refer to our file number C376331.** You can reach us on our toll-free number of 1-866-548-2486.

Unless you notify us within 30 days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you do notify us in writing within that 30 days that the debt or any portion of it is disputed, we will obtain verification of the debt or a copy of any judgment against you in regards to this debt, if one exists, and mail you a copy of such verification or judgment. Also, upon your written request within that 30 days, we will provide you with the name and address of the original creditor if different from the current creditor.

Yours truly,
LLOYD & McDANIEL, PLC

LM/RM

A Professional Limited Liability Company
11405 Park Road, Suite 200 • P.O. Box 23200 • Louisville, KY 40223-0200
Fax: 502.585.3054 • Toll Free: 866.585.1880 • www.lloydmc.com
This letter is an attempt to collect a debt, and any information obtained will be used for that purpose.
This communication is from a debt collector. All calls to or from Lloyd & McDaniel, PLC, are recorded for quality

EXHIBIT
A