**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Dennis Castro, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:15-cv-559-TWP-DML |
| Lloyd & McDaniel, PLC, a Kentucky limited liability company, and PCA Acquisitions V, LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |

**CLASS COUNSEL'S REPORT ON**
**RESULTS OF THE MAILING OF CLASS NOTICE**

Class Counsel hereby reports to the Court that out of the 89 class notices, 9 notices were returned by the United States Postal Service as undeliverable with no forwarding information; none were returned with forwarding addresses and re-mailed. No objections were received, no members of the Class sought leave of this Court to intervene, and no members opted out of this action, while 21 members of the Class returned forms confirming their current address.

Respectfully submitted:

By: /s/ David J. Philipps________
Class Counsel

Dated: February 5, 2016

David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp (Ind. Bar No. 19891-49)
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, a copy of the foregoing **Class Counsel's Report on Results of the Mailing of Class Notice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicole M. Strickler — strickler@messerstilp.com
Messer, Stilp & Strickler, Ltd.
166 W. Washington Street
Suite 300
Chicago, Illinois 60602

Michael D. Slodov — mslodov@sessions-law-biz
Sessions Fishman Nathan & Israel, LLC
15 East Summit Street
Chagrin Falls, Ohio 44022

John T. Steinkamp — steinkamplaw@yahoo.com
5214S. East Street
Suite D1
Indianapolis, Indiana 46227

/s/ David J. Philipps__________

David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com