# EXHIBIT 1

# TO

# DECLARATION

PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road
Suite One
Palos Hills, IL 60465

Invoice submitted to:
Dennis Castro
[redacted] IN [redacted]

March 01, 2016

In Reference To: Dennis Castro v. L&M and PCA

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/2015 | DJP | Evaluate collection letters and credit report, determine potential FDCPA violations and plan case (.7); telephone call with J. Steinkamp and M. Eades re: [redacted] (.3). | 1.00<br>575.00/hr | 575.00 |
| 4/4/2015 | DJP | Draft class action complaint (2.9); research corp and licensure information on Defendants (.5) | 3.40<br>575.00/hr | 1,955.00 |
| 4/8/2015 | EF | Prepare exhibits and filing documents to the Complaint for filing, e-file Complaint and filing documents with the District Court, then file Motion for Class Certification with the District Court. | 1.20<br>200.00/hr | 240.00 |
| | DJP | Review revisions to complaint and finalize same (.3); draft place-holder class certification motion (.5) | 0.80<br>575.00/hr | 460.00 |
| | MEP | Review draft of complaint and make changes (.5); review draft of motion for class certification and revise (.7) | 1.20<br>565.00/hr | 678.00 |
| 4/9/2015 | EF | Send e-mail, with attachments, to process server on service of Summonses and Complaint as well as Motion for Class Certification. | 0.30<br>200.00/hr | NO CHARGE |
| | DJP | Letter to client on [redacted] (.7) | 0.70<br>575.00/hr | 402.50 |
| 4/16/2015 | DJP | Telephone call with L&M's attorney, Greg Taylor, on case facts/law and settlement (.3) | 0.30<br>575.00/hr | 172.50 |
| 4/20/2015 | DJP | Letter to Defendants on R16/R26/cmp meeting (.4); draft R26 disclosures (.6); draft case management plan (.6); draft proposed class discovery requests (2.5) | 4.10<br>575.00/hr | 2,357.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2015 | DJP | Review return of service, as to both Defendants, calendar answer date, note to file. | 0.40<br>575.00/hr | 230.00 |
| | EF | Scan and prepare returns of service for filing, as to both Defendants, e-file same with the District Court. | 0.30<br>200.00/hr | NO CHARGE |
| 5/7/2015 | DJP | Telephone call with PCA's attorney, J. Schultz, to discuss case facts and overdue answer (.3) | 0.30<br>575.00/hr | 172.50 |
| 5/8/2015 | DJP | Review e-mail and 6.1 notice from Defendant PCA's attorney, M. Slodov, respond to same, then review and calendar appearance and motion for ext. (.4); telephone call with L&M's attorney, K. Olson on her representation of L&M, ext of time and case facts (.2); telephone call to J. Schultz to discuss same (.2) | 0.80<br>575.00/hr | 460.00 |
| 5/13/2015 | DJP | Review and calendar orders on PCA ext of time and setting case management plan conf (.3) | 0.30<br>575.00/hr | 172.50 |
| 5/27/2015 | DJP | E-mails from and to L&M's attorney, K. Olson, on Defendant's net worth and class size (.3); then e-mail to her and PCA's counsel, M. Slodov, on same and on R16/R26/cmp conf (.3) | 0.60<br>575.00/hr | 345.00 |
| 5/30/2015 | DJP | Analyze Defendant PCA's answer and affirmative defenses to complaint (.3) | 0.30<br>575.00/hr | 172.50 |
| 6/1/2015 | DJP | Review net worth and class size info and respond to Defendants' request for ind. offer with detailed class settlement offer (1.0) | 1.00<br>575.00/hr | 575.00 |
| 6/3/2015 | DJP | Telephone call with Defendant L&M's attorney, N. Strickler, to discuss settlement (.2) | 0.20<br>575.00/hr | 115.00 |
| 6/8/2015 | DJP | Analyze Defendant L&M's answer and affirmative defenses (.3) | 0.30<br>575.00/hr | 172.50 |
| 6/9/2015 | DJP | Telephone call with Defendant L&M's attorney, N. Strickler, to discuss settlement, note to file (.3); update records on debt buyer liable for attorney (.4) | 0.70<br>575.00/hr | 402.50 |
| 6/12/2015 | DJP | Confer with J. Steinkamp [redacted](.3); e-mail to Defendants' counsel on need for class offer and case management plan/R16/R26 conf., note to file (.3) | 0.60<br>575.00/hr | 345.00 |
| 6/17/2015 | DJP | Review e-mail from Defendants' counsel on their changes to case management plan and on setting up a R16/R26 conf., respond to same (.4) | 0.40<br>575.00/hr | 230.00 |
| 6/18/2015 | DJP | Hold R16/R26/cmp conf with Defendants' attorneys, N. Strickler and M. Slodov (.2); then letter to them on discovery dates (.2); revise case management plan and e-mail to them for approval (.5) | 0.90<br>575.00/hr | 517.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/26/2015 | DJP | Prepare for and attend hearing on case management plan before J. LaRue (.3); telephone call with co-counsel, J. Steinkamp, on [redacted](.1) | 0.40<br>575.00/hr | 230.00 |
| 7/2/2015 | DJP | Analyze Defendant PCA's R26 disclosures (.2); analyze defendant L&M's initial disclosures (.2) | 0.40<br>575.00/hr | 230.00 |
| 7/18/2015 | DJP | Review and respond to e-mail from Defendant L&M's attorney, K. Olsen, on discovery ext., calendar same (.3) | 0.30<br>575.00/hr | 172.50 |
| 7/20/2015 | DJP | Review and respond to e-mail from L&M's attorney, K. Olson, initially refusing to schedule R37 conf (.2); review e-mail from Defendant PCA's attorney, M. Slodov, with his client's discovery responses, analyze same and send note requesting FRCP R37 conf (1.4); notes to and from M. Slodov to set up R37, calendar same (.2) | 1.80<br>575.00/hr | 1,035.00 |
| 7/22/2015 | DJP | Analyze Defendants' R68 offer of judgment, which purported to make class offer, research and plan response to same (1.0); letter to client on [redacted](.5) | 1.50<br>575.00/hr | 862.50 |
| 7/23/2015 | DJP | Prepare for and conduct R37 conf with Defendant PCA's attorney, M. Slodov, note to file, also discuss propriety of class offer of judgment (.5) | 0.50<br>575.00/hr | 287.50 |
| 7/28/2015 | DJP | Telephone call with Mr. Castro to discuss [redacted](.4) | 0.40<br>575.00/hr | 230.00 |
| 8/3/2015 | DJP | Analyze Defendant PCA's response to R37 topics (.5); evaluate Defendant L&M's discovery responses (1.0) | 1.50<br>575.00/hr | 862.50 |
| 8/4/2015 | DJP | Conduct R37 conf with Defendant L&M's attorney, K. Olson, note to file on issues (.3) | 0.30<br>575.00/hr | 172.50 |
| 8/5/2015 | DJP | Research possible survey expert for letter confusion (1.0); telephone call with Dr. Hopper of Versta Research on same (.3); confer with Mary E. Philipps on [redacted] (.2) | 1.50<br>575.00/hr | 862.50 |
| | MEP | Conf. w/ David J. Philipps re: [redacted](.2) | 0.20<br>565.00/hr | 113.00 |
| 8/6/2015 | MEP | Get letter and send same to potential expert Hopper at VerstaResearch (.2) | 0.20<br>565.00/hr | 113.00 |
| 8/11/2015 | AKR | Email to paralegal re: [redacted](.3); review Defendants' discovery requests (.5) | 0.80<br>275.00/hr | NO CHARGE |
| 8/12/2015 | DJP | Analyze Defendant L&M's supplemental discovery responses (.5); review L&M's discovery requests to Plaintiff and plan response (.5) | 1.00<br>575.00/hr | 575.00 |
| | DJP | Review preliminary survey proposal from Dr. Hopper of Versta, confer with Mary E. Philipps and send e-mail back re:[redacted](.4) | 0.40<br>575.00/hr | 230.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2015 | MEP | Confer with David J. Philipps re: [redacted] (.2) | 0.20<br>565.00/hr | 113.00 |
| 8/14/2015 | AKR | Draft responses to discovery requests (2.0) | 2.00<br>275.00/hr | 550.00 |
| 8/17/2015 | AKR | Draft responses to Defendant's discovery requests (2.5) | 2.50<br>275.00/hr | NO CHARGE |
| 8/18/2015 | MEP | Review materials re: potential survey expert (.4) | 0.40<br>565.00/hr | 226.00 |
| 8/19/2015 | MEP | Confer with David J. Philipps re: [redacted] attempt to locate same, telephone call with Angie K. Robertson re: [redacted] (.5) | 0.50<br>565.00/hr | 282.50 |
| | DJP | Confer with Mary E. Philipps re: [redacted] (.2) | 0.20<br>575.00/hr | 115.00 |
| | AKR | Telephone call with Mary E Philipps re: [redacted] (.2) | 0.20<br>275.00/hr | NO CHARGE |
| 8/20/2015 | MEP | Review draft discovery (.4); confer with David J. Philipps re: [redacted] .2) | 0.60<br>565.00/hr | 339.00 |
| | DJP | Confer with Mary E. Philipps re: [redacted] (.2) | 0.20<br>575.00/hr | 115.00 |
| 8/21/2015 | DJP | Analyze CV and survey proposal from Dr. Hopper of Versta (.5) | 0.50<br>575.00/hr | 287.50 |
| | MEP | Email to Angie K. Robertson re: [redacted] (.3); review expert proposal (.3) | 0.60<br>565.00/hr | 339.00 |
| | AKR | Email to Mary E. Philipps re: [redacted] (.3) | 0.30<br>275.00/hr | 82.50 |
| 8/24/2015 | DJP | Telephone call with Dr. Hopper to discuss non-probability survey using 2-3 letters re: consumer survey (.3) | 0.30<br>575.00/hr | 172.50 |
| | MEP | Telephone call with Angie K. Robertson re: [redacted] (.3) | 0.30<br>565.00/hr | NO CHARGE |
| | AKR | Telephone call with Mary E. Philipps on [redacted] (.3) | 0.30<br>275.00/hr | NO CHARGE |
| 8/25/2015 | DJP | Review file status, then telephone call to PCA's attorney, M. Slodov, on protective order and settlement (.3); draft new settlement offer to Defendants' counsel (1.0); draft amended class certification motion and memorandum (1.4) | 2.70<br>575.00/hr | 1,552.50 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/25/2015 | AKR | Telephone call with client re [redacted] (.5); edit draft discovery responses per answers from client (.5) | 1.00<br>275.00/hr | 275.00 |
| | MEP | Review info from Angie K. Robertson re: [redacted] (.3); review David J. Philipps draft of settlement offer and conf with David J. Philipps re: [redacted] (.3); review draft of amended motion for class certification, memorandum and attachments and make substantial changes (1.2) | 1.80<br>565.00/hr | 1,017.00 |
| 8/26/2015 | DJP | Prepare for and attend status conf before J. Lynch, Defendants' counsel, failed to appear, note to file (.4) | 0.40<br>575.00/hr | 230.00 |
| | AKR | Edit responses to discovery (1.0) | 1.00<br>275.00/hr | NO CHARGE |
| 8/27/2015 | DJP | Review Defendant PCA's email on settlement, then telephone call to its attorney, M. Slodov, to discuss same and discovery compliance (.3); review court order striking Defendants' stipulation (.1) | 0.40<br>575.00/hr | 230.00 |
| 9/1/2015 | MEP | Review draft of document request responses, interrogatory responses and requests to admit and suggest substantial changes (1.2) | 1.20<br>565.00/hr | 678.00 |
| 9/2/2015 | AKR | Review and analyze Mary E. Philipps' comments on draft discovery responses (.5); edit draft discovery responses (1.5) | 2.00<br>275.00/hr | NO CHARGE |
| | MEP | Confer with Angie K. Robertson re: [redacted] (.3) | 0.30<br>565.00/hr | NO CHARGE |
| 9/4/2015 | DJP | Review e-mail from L&M's attorney, K. Olson, on ext for class briefing and depositions, telephone call with her on same (.3); review e-mail from Defendant PCA's attorney with supplemental discovery (.5) | 0.80<br>575.00/hr | 460.00 |
| | AKR | Edit draft discovery responses (.5) | 0.50<br>275.00/hr | NO CHARGE |
| | MEP | Review new discovery response drafts (.8) | 0.80<br>565.00/hr | NO CHARGE |
| 9/8/2015 | MEP | Confer with Angie K. Robertson and David J. Philipps re: [redacted] (.3); e-mail to opposing counsel re: ext of time (.3) | 0.60<br>565.00/hr | 339.00 |
| | AKR | Confer with Mary E. Philipps re: [redacted] (.3); e-mail to Steinkamp re: [redacted] (.3); telephone call to client re: [redacted] (.3) | 0.90<br>275.00/hr | 247.50 |
| 9/9/2015 | DJP | Work with Angie K. Robertson and M. Eades at co-counsel's office [redacted] (.3); telephone call with Defendant L&M's attorney, N. Strickler on same and e-mails with defendants counsel (.3); letter to Mr. Castro on [redacted] (.3) | 0.90<br>575.00/hr | 517.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2015 | AKR | Telephone call with client re: [redacted] e-mail to David J. Philipps re: [redacted] e-mail to opposing counsel re: client availability 9/29 at 1:30 at Steinkamp's office (.4) | 0.40<br>275.00/hr | 110.00 |
| 9/10/2015 | DJP | Telephone call with Defendant PCA's attorney, J. Schultz, on settlement (.2); revise client's responses to Defendant L&M's discovery requests and requests to admit (1.1); confer with Mary E. Philipps on [redacted](.3) | 1.60<br>575.00/hr | 920.00 |
| | MEP | Revise and finalize discovery response and research file re: same (1.5); multiple conf with David J. Philipps re: [redacted](.3); e-mail same to opposing counsel (.2) | 2.00<br>565.00/hr | 1,130.00 |
| 9/15/2015 | DJP | Review file status, send e-mail to defendant L&M's attorney on overdue settlement response (.1) | 0.10<br>575.00/hr | 57.50 |
| 9/18/2015 | DJP | Review e-mail from Defendant L&M's attorney on settlement (.1); telephone call with Defendant PCA's attorney, J. Schultz, on same and on overdue discovery (.2) | 0.30<br>575.00/hr | 172.50 |
| 9/19/2015 | DJP | E-mail note to all Defendants on settlement and on PCA's overdue discovery (.3) | 0.30<br>575.00/hr | 172.50 |
| 9/23/2015 | MEP | Confer with Angie K. Robertson re: [redacted].3); review draft of same (.5); confer with David J. Philipps re: [redacted] (.2) | 1.00<br>565.00/hr | 565.00 |
| | AKR | Confer with Mary E. Philipps re: [redacted](.3); draft deposition outline and list of exhibits for use on 9/29 (1.5); work with paralegal to compile exhibits for use during deposition (.3) | 2.10<br>275.00/hr | NO CHARGE |
| | DJP | Confer with Mary E. Philipps re: [redacted](.2) | 0.20<br>575.00/hr | 115.00 |
| 9/24/2015 | DJP | Review letter from Defendant L&M's attorney on settlement, confer with Mary E. Philipps (.4); respond to errors in settlement analysis (.3); telephone call with J. Schultz, attorney for PCA on discovery issues (.1) | 0.80<br>575.00/hr | 460.00 |
| | MEP | Confer with David J. Philipps re: [redacted](.2) | 0.20<br>565.00/hr | 113.00 |
| 9/28/2015 | DJP | Telephone call with Defendant PCA's attorney, J. Schultz, on discovery and settlement (.3); prepare for deposition of Mr. Castro (1.2) | 1.50<br>575.00/hr | 862.50 |
| | MEP | Locate materials re: settlement needed for deposition preparation and assemble same (.5) | 0.50<br>565.00/hr | 282.50 |
| 9/29/2015 | DJP | Telephone call with PCA's attorney, J. Schultz, on settlement/discovery (.1); travel to Indianapolis for deposition of client (3.3); preparation of client for deposition and defend same (4.0); travel back to office from | 11.20<br>575.00/hr | 6,440.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | deposition and evaluate results (3.3); review e-mail from Defendant PCA's attorney, M. Slodov, on alleged card member agreement, resp to same (.2); telephone call with Mary E. Philipps re: [redacted] (.3) | | |
| 9/29/2015 | MEP | Telephone call with David J. Philipps re: [redacted] (.3) | 0.30<br>565.00/hr | 169.50 |
| 10/8/2015 | DJP | Review status of all Defendants discovery responses and deposition scheduling, then draft note to Defendants' counsel on resolving same (.5); draft new class settlement offer (.6); analyze Defendant's witness and exhibit list (.2) | 1.30<br>575.00/hr | 747.50 |
| | MEP | Review draft of new settlement offer and suggest changes (.3) | 0.30<br>565.00/hr | 169.50 |
| 10/15/2015 | DJP | Letter to court reporter and Defendants' counsel on error in the transcript of Mr. Castro's deposition (.5) | 0.50<br>575.00/hr | 287.50 |
| | EF | Review client's class deposition transcript for errors. | 1.00<br>200.00/hr | 200.00 |
| 10/23/2015 | AKR | Confer with paralegal re: [redacted] (.3); draft 30(b)(1) and 30(b)(6) deposition notices for L&M and PCA (.7); review and analyze Defendant's response in opposition to class certification (.5) | 1.50<br>275.00/hr | 412.50 |
| 10/24/2015 | DJP | Analyze Defendants' two briefs in opposition to class certification, plan reply (.8); review Defendant L&M's offer of judgment, letter to client on [redacted] and calendar date (.6); draft note to Defendants' counsel on problems with class offer of judgment v. their opposition to class certification and solution to same (.6); telephone call with Mary E. Philipps re: [redacted] (.3) | 2.20<br>575.00/hr | 1,265.00 |
| | MEP | Review both of Defendants' responses to class certification (.8); telephone call with David J. Philipps re: [redacted] (.3); review David J. Philipps' e-mail to opposing counsel re: offer of judgment, class response (.3) | 1.40<br>565.00/hr | 791.00 |
| 10/28/2015 | DJP | Telephone call and e-mails with N. Strickler negotiating a class settlement, note to file (.5); report settlement to Dist Ct (.1); confer with co-counsel on [redacted] (.2) | 0.80<br>575.00/hr | 460.00 |
| 10/30/2015 | DJP | Telephone call with client, Dennis Castro, [redacted] (.3); Letter to Mr. Castro [redacted] (.5); draft Joint Motion (.2); draft class settlement agreement (1.9); draft class notice (.5); draft prelim approval order (.5); review Mary E. Philipps' changes to documents and revise (.5); then draft e-mail to Defendants' counsel with class documents (.3); confer with co-counsel, J. Steinkamp, on [redacted] (.2) | 4.90<br>575.00/hr | 2,817.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/2015 | MEP | Review class settlement documents and suggest changes (1.0) | 1.00<br>565.00/hr | 565.00 |
| | KS | Confer with David J. Philipps on [redacted] (.2); compare and contrast lists and make it useable for class mailing (.6) | 1.00<br>200.00/hr | 200.00 |
| 11/3/2015 | DJP | Review e-mails from each Defendant's attorney on the settlement documents and proposed changes to same, as well as settlement issues (.4); | 0.40<br>575.00/hr | 230.00 |
| 11/4/2015 | DJP | Revise class settlement documents (.3); e-mail note back to Defendants' counsel on finalizing deal (.2); edit pre bill (.5); telephone call with co-counsel, J. Steinkamp, on [redacted](.2) | 1.20<br>575.00/hr | 690.00 |
| 11/10/2015 | DJP | Review fee records from co-counsel and orders approving their hourly rates (.5); confer with J. Steinkamp on [redacted](.2); review e-mail from Defendant L&M's attorney, N. Strickler, on signature page to agreement and additional changes to same, call her to review changes (.3); revise settlement documents for filing (.5) | 1.00<br>575.00/hr | 575.00 |
| 11/16/2015 | DJP | Review and respond to e-mail from Dist Ct's CRD on class notice/claims, etc./hearing dates (.3); review and respond to e-mails from Defendant L&M's attorney, N. Strickler, on incorrect class data and correcting same (.5); confer with K. Stanuch on [redacted] (.2); review notice to court on revised class size, edit same and emails with Defendant L&M's counsel about it (.3) | 1.30<br>575.00/hr | 747.50 |
| 11/17/2015 | DJP | Letter to L&M's attorney, N. Strickler, on fee records/resolution (.5) | 0.50<br>575.00/hr | 287.50 |
| 11/18/2015 | DJP | Review and calendar order on preliminary approval (.2); revise class notice to conform to same (.3); work with staff on class notice mailing (.3); revise letter to N. Strickler on fees and revise exhibits thereto (.6); draft report on class mailing (.2) | 1.60<br>575.00/hr | 920.00 |
| | KS | Copy and fold class notice, print out and stuff envelopes and return envelopes for class mailing. | 3.00<br>200.00/hr | 600.00 |
| 11/20/2015 | AKR | Post class notice and collection letter to web site (.5) | 0.50<br>275.00/hr | NO CHARGE |
| 11/23/2015 | DJP | Analyze Defendants' CAFA notice (.1) | 0.10<br>575.00/hr | 57.50 |
| 12/1/2015 | DJP | Review and reject Defendant L&M's settlement offer on fees (.3) | 0.30<br>575.00/hr | 172.50 |
| 12/2/2015 | KS | Confer with David J. Philipps re: [redacted] (.2) | 0.50<br>200.00/hr | 100.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2015 | DJP | Review claim form from Ms. Myers with judgment, confer with Karen Stanuch on [redacted] (.2) | 0.20<br>575.00/hr | 115.00 |
| 1/11/2016 | DJP | Review file status then telephone call to N. Strickler, left message, and e-mail to her on resolving fees and costs (.4); telephone call with T. Steinkamp on [redacted] (.1); telephone calls to S. Hodson, attorney in Indianapolis on [redacted] (.3); confer with Mary E. Philipps on [redacted] (.3) | 1.10<br>575.00/hr | 632.50 |
| | MEP | Confer with David J. Philipps re: [redacted] (.5); work on assembling materials (.2) | 0.70<br>565.00/hr | 395.50 |
| 1/12/2016 | MEP | Work with Karen Stanuch re: obtaining materials for fee petition (.3); review same (.5) | 0.80<br>565.00/hr | 452.00 |
| 1/13/2016 | DJP | Review e-mail from Defendant Lloyd's counsel, K. Olson, on fees, telephone call and then e-mail to her re: unreasonableness of offer (.3); confer with Mary E. Philipps on [redacted] (.2); e-mail same to S. Hodson with note (.4) | 0.90<br>575.00/hr | 517.50 |
| | MEP | Review assembled materials re: fee petition issues (.5); confer with David J. Philipps re: [redacted] (.3) | 0.80<br>565.00/hr | 452.00 |
| 1/29/2016 | DJP | Telephone call with S. Hodson on [redacted] (.2); review file on attorney fee awards and gather up orders approving our hourly rates (.6); research case law re: same as evidence of hourly rates, review with Jeff dec. from 7th Cir. (.5) | 1.30<br>575.00/hr | 747.50 |
| | MEP | Confer with David J. Philipps re: [redacted], confer with Eva Falzone re: [redacted] (.3); research on Lexis re: same (.4); telephone call with Angie K. Robertson re: [redacted] (.2); telephone call with Angie K. Robertson re: [redacted] (.2) | 1.10<br>565.00/hr | 621.50 |
| | AKR | Research 7th Cir cases re: approved settlement rates as evidence of market rate attorney fees (1.0) | 1.00<br>275.00/hr | 275.00 |
| 2/3/2016 | DJP | E-mail material to S. Hodson for fee petition, with note (.4) | 0.40<br>575.00/hr | 230.00 |
| 2/4/2016 | DJP | Draft final approval motion, order and report on class notice (1.0); e-mail final order to Defendant's counsel with note and materials on fee petition (.3). | 1.30<br>575.00/hr | 747.50 |
| 2/8/2016 | DJP | Review e-mail from Defendant L&M's attorney, N. Strickler, on why fee issue not resolved, review file, current bill, etc., and draft detailed response with new current fee demand (1.0); telephone call with C. Hodson, to discuss [redacted] (.2); review Defendant L&M's changes to final order (.1) | 1.40<br>575.00/hr | 805.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2016 | DJP | Check Defendant L&M's revisions to final order against language in settlement agreement, revise order and e-mail it to Defendants' counsel for approval (.6) | 0.60<br>575.00/hr | 345.00 |
| 2/17/2016 | DJP | E-mails from and to Defendants' counsel on changes to and approval of final approval order (.3); review motions to appear telephonically by Defendants (.1); telephone calls with S. Hodson on [redacted] (.2). | 0.60<br>575.00/hr | 345.00 |
| 2/18/2016 | DJP | Work with Mary E. Philipps on revising motion to approve settlement. | 0.20<br>575.00/hr | 115.00 |
| | MEP | Review all final approval documents and make changes (.8); two telephone calls with David J. Philipps re: [redacted] (.4); revise and finalize (.5); review David J. Philipps draft of affidavit (.5) | 2.20<br>565.00/hr | 1,243.00 |
| 2/24/2016 | DJP | Prepare for fairness hearing. | 1.00<br>575.00/hr | 575.00 |
| | DJP | E-mails from and to Dist Ct.'s CRD on appearance at fairness hearing (.2); travel to Indianapolis, actual travel time-6.5 hours due to snow storm in NW Indiana (3.3); work with Mary E. Philipps on fee declaration (.3) | 3.80<br>575.00/hr | 2,185.00 |
| | MEP | Telephone call with David J. Philipps re: [redacted] (.3); review e-mail exchange re: hearing attendance and confer with David J. Philipps re: [redacted] (.3); review files re: David J. Philipps declaration, decl.s done in other cases (1.2); revise David J. Philipps dec. and research re: same (.8); two telephone calls with David J. Philipps re: [redacted] (.4); e-mail draft to S. Hodson and David J. Philipps (.2) | 3.20<br>565.00/hr | 1,808.00 |
| 2/25/2016 | DJP | Prepare for and attend, in-person, the fairness hearing (1.0); travel back to Palos Hills (3.3); meet with S. Hodson on [redacted] (.5) | 4.80<br>575.00/hr | 2,760.00 |
| | MEP | Review attorney's fees file and pull decisions from Pacer re: preparing fee petition and confirming reasonableness of hourly rate (2.2); telephone call with David J. Philipps re: [redacted] (.3) | 2.50<br>565.00/hr | 1,412.50 |
| 2/26/2016 | MEP | Revise David J. Philipps' declaration in support of fee petition (1.2) | 1.20<br>565.00/hr | 678.00 |
| 2/27/2016 | DJP | Open settlement fund checking account at CNB Bank & Trust (.5); review final approval order and then calculate and calendar settlement distribution and reporting dates (.3) | 0.80<br>575.00/hr | 460.00 |
| 2/29/2016 | MEP | Revise David J. Philipps' declaration (.8); review draft pre-bill (.8); review draft petition (.3) | 1.90<br>565.00/hr | 1,073.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2016 | MEP | Revise David J. Philipps' declaration and pre-bill (.5) | 0.50<br>565.00/hr | 282.50 |
| | MEP | Redact pre-bill (1.0) | 1.00<br>565.00/hr | NO CHARGE |
| | DJP | Review declaration and pre-bill and then send to K. Keogh and D. Edelman to see if they can provide declaration in support of fee petition (.6); review declaration from K. Keogh and discuss same with him (.3) | 0.90<br>575.00/hr | 517.50 |
| 3/2/2016 | MEP | Telephone call to S. Hodson, left message (.1); telephone call with David J. Philipps and S. Hodson re: [redacted] (.3) | 0.40<br>565.00/hr | 226.00 |
| | DJP | Review declaration from D. Edelman, then send it and K. Keogh's declaration to S. Hodson with note (.4); finish my declaration, pre-bill and exhibits, send to S. Hodson (.3); confer with S. Hodson and Mary E. Philipps on [redacted] (.3) | 1.00<br>575.00/hr | 575.00 |
| 3/3/2016 | DJP | E-mails from and to S. Hodson on [redacted] also telephone call with him (.3) | 0.30<br>575.00/hr | 172.50 |
| 3/4/2016 | MEP | Confer with David J. Philipps re: [redacted] (.3); research re: same and revise same (3.5); e-mail same to S. Hodson (.2) | 4.00<br>565.00/hr | 2,260.00 |
| | DJP | Evaluate draft of memo in support of fee petition, edit same and note additional issues (.6); confer with Mary E. Philipps on [redacted] (.3) | 0.90<br>575.00/hr | 517.50 |
| | | For professional services rendered | 147.30 | $72,302.50 |
| | | Additional Charges : | | |
| 4/8/2015 | DJP | Filing fee. | | 400.00 |
| | DJP | Pacer document charge. | | 25.00 |
| | DJP | Photocopies | | 17.00 |
| 4/9/2015 | DJP | Postage | | 1.61 |
| 4/10/2015 | DJP | Service of Process on PCA | | 25.00 |
| 4/20/2015 | DJP | Photocopying | | 20.75 |
| | DJP | Postage | | 3.64 |
| | DJP | Service of process on L&M | | 125.00 |
| 7/1/2015 | DJP | LexisNexis law research charge. | | 175.00 |

| | | | Amount |
|---|---|---|---|
| 8/3/2015 | DJP | Photocopies | 61.50 |
| 9/10/2015 | DJP | Postage | 328.00 |
| 9/29/2015 | DJP | Trip expenses- deposition of Dennis Castro | 458.81 |
| | DJP | Deposition transcript - Castro | 204.38 |
| 10/26/2015 | DJP | Photocopies | 38.00 |
| 10/30/2015 | DJP | Postage | 1.42 |
| 11/18/2015 | DJP | Photocopies | 8.25 |
| 11/19/2015 | DJP | Class Notice costs (Photocopies 103 x 4 @.25 per pg = $103; 103 envelopes @ .10 ea = $10.30.; 103 return envelopes @ .15 ea =$15.45.; 206 postage @.49 ea. =$100.94; and 108 claim forms @ .25 ea.= $27). | 256.69 |
| 1/31/2016 | DJP | LexisNexis | 75.00 |
| 2/24/2016 | DJP | Trip Expenses - Fairness Hearing 2-24-2016 to 2-25-2016 | 627.87 |
| 2/29/2016 | DJP | Settlement distribution expenses ($164.69 checks; 80 envelopes @ .10 ea.= $8.00; postage @ .49 ea. = 39.20) (211.90) | 211.89 |
| 3/7/2016 | DJP | David W. Moxley, RMR/CRR/CMRS | 40.15 |
| | | Total additional charges | $3,104.96 |
| | | Total amount of this bill | $75,407.46 |
| | | Balance due | $75,407.46 |